AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

United States of America
v.
Cary Ann PATTERSON

*Defendant*

Case No. 2:26-mj-608

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of 11/5/24 in the county of Gallia in the Southern District of Ohio, the defendant violated 18 U. S. C. § 611, an offense described as follows:

In a matter within the jurisdiction of the executive branch of the Government of the United States, did:
As an alien, vote in a federal election, in violation of Title 18, United States Code, Section 611(a)

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Jeffrey R. Landthorn, HSI Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Chelsey M. Vascura
United States Magistrate Judge

Date: 9/30/2026

*Judge's signature*

City and state: Columbus, Ohio

U.S. Magistrate Chelsey M. Vascura

*Printed name and title*